Lloyd C. Whitman, for appellant; Poppenhusen, Johnston, Thompson & Raymond, for appellees; Floyd E. Thompson and Roger W. Barrett, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed February 10, 1950; rehearing denied March 13, 1950; released for publication March 15, 1950.

## In re Estate of Robert Newman, Deceased. Appeal of Rosie Newman, Respondent in Citation Proceeding, Appellant.

### Gen. No. 44,809.

Claude W. B. Holman, Ellis & Westbrooks, Edward M. Byrd and Sophia Boaz, for appellant; Claude W. B. Holman, of counsel; Abner Goldenson and Harold A. Tepper, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed February 10, 1950; released for publication March 15, 1950.

## City of Chicago, Appellee, v. Harold Schlensky, Appellant.

### Gen. No. 44,921.

Jesse Marcus, for appellant; Benjamin S. Adamowski, Corporation Counsel, for appellee, L. Louis Karton, Head of Appeals and Review Division, and John L. Steffens, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed March 23, 1950; released for publication April 13, 1950.

Mary Genevieve Rabe, Individually and Executrix of Last Will and Testament of Louis F. Rabe, Deceased, Appellant, v. Magdalene B. Rabe, Individually and Executrix of Last Will and Testament of Friedericke Rabe, Deceased, Lucy A. Rabe and Fred H. Rabe, Appellees.

Gen. No. 44,678.

Gerald G. Barry and Rudolph E. Schreiber, for appellant; Healy, Newby, Cessna & Healy, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed February 28, 1950; rehearing denied March 15, 1950; released for publication March 15, 1950.